# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARRELL ANDERSON

NO. 2024 KW 0960

**JANUARY 13, 2025**

---

In Re:     Darrell Anderson, applying for supervisory writs, 20th
           Judicial District Court, Parish of East Feliciana, No.
           14-CR-593.

---

BEFORE:    **THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.** For felony cases in which the defendant has been sentenced to imprisonment at hard labor, as in this case, there is no authorization for the court to amend the sentence after execution of the sentence has begun unless the court grants a timely filed motion to reconsider sentence. See La. Code Crim. P. arts. 881(A) & 881.1(A)(1); **State v. Woods**, 2019-1141 (La. App. 1st Cir. 6/4/21), 328 So.3d 434, 448. See also **State v. Gedric**, 99-1213 (La. App. 1st Cir. 6/3/99), 741 So.2d 849, 851-52 (*per curiam*), writ denied, 99-1830 (La. 11/5/99), 751 So.2d 239.

                          MRT
                          CHH
                          BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT